# Court of Appeals
# of the State of Georgia

ATLANTA, February 07, 2014

*The Court of Appeals hereby passes the following order:*

**A14A0935. DAVID LEE JOHNSON v. THE STATE.**

David Lee Johnson was convicted of rape and other crimes and sentenced as a recidivist to life without parole. We affirmed his convictions on appeal. *Johnson v. State*, 268 Ga. App. 1 (601 SE2d 392) (2004). Johnson has filed a number of pro se, post-judgment motions in the trial court, as well as multiple appeals here. See *Johnson v. State*, 281 Ga. App. 401 (636 SE2d 124) (2006) (affirming denial of motion to vacate void sentence); *Johnson v. State*, Case No. A07A1591 (decided May 9, 2007) (appeal from denial of motion for out-of-time appeal dismissed for lack of jurisdiction); *Johnson v. State*, 298 Ga. App. 639 (680 SE2d 675) (2009) (vacating sentence in part because two convictions should have merged); *Johnson v. State*, Case No. A12A1436 (decided May 9, 2012) (appeal from denial of motion in arrest of judgment dismissed as frivolous). This latest appeal stems from the trial court's denial of yet another motion for out-of-time appeal.[1]

"An out-of-time appeal serves as the remedy for a frustrated right of appeal for a criminal defendant whose conviction has not been reviewed by an appellate court." (Punctuation and citation omitted.) *Lewis v. State*, 300 Ga. App. 586 (685 SE2d 485) (2009). An out-of-time appeal is not available to a defendant whose conviction has already been reviewed on direct appeal. *Milliken v. State*, 259 Ga. App. 144, 145 (575 SE2d 910) (2003). As noted, we have reviewed Johnson's conviction multiple times. Because he is not entitled to an out-of-time appeal at this juncture, this appeal from the denial of his motion for out-of-time appeal is hereby DISMISSED. See *Brown v.*

---

[1] Johnson appealed to the Supreme Court, which transferred the case here.

*State*, 296 Ga. App. 224 (674 SE2d 91) (2009).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/07/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen , *Clerk.*